**DENY and Opinion Filed November 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00799-CV

### IN RE KAJIN SHAMDEEN, Relator

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02757-2019**

## MEMORANDUM OPINION
Before Justices Osborne, Reichek, and Smith
Opinion by Justice Reichek

In this original proceeding, relator requests a writ of mandamus directing the trial court to vacate its order granting real parties in interest's motion for leave to designate a John Doe responsible third party. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition for writ of mandamus, response, and the record, we conclude that relator has failed to show her entitlement to the relief

requested.  Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200799F.P05